## J. T. Beale v. R. Trudeau et al.

*Where parties are sued jointly no judgment can be rendered against one without the other, although there was issue and trial as to one only. The proceeding is irregular.*

APPEAL from the Sixth District Court of New Orleans, *Howell, J.*
    *Field & Shackleford,* for plaintiff.

*P. H. Morgan, for defendant.*—Admitting, for argument, the agreement and the proof of services, the obligation is a joint one ; the demand is against both defendants, and each is only liable for his or her virile share. Arts. 2080, 7082, C. C., require that all the obligors in a joint contract shall be sued together. It is alleged in the petition that both are defendants. But the prayer of the petition claims payment from Rene Trudeau alone, and the judgment is against her alone, although both were cited. In this there is error. 3 R. 140.

In an action on joint contract all the obligors must be made defendants. No judgment can be obtained against either unless it be proved that all joined in the obligation, or are by law presumed to have done so, and the judgment must be against each defendant, separately, for his proportion. 3 R. 26; C. C. 2080 ; 5 R. 224 ; C. R. 351 ; 7 R. 181 ; 10 R. 430.

Jones, J. The petitioner in this case sues the defendants jointly. There was issue and trial, and as to one, judgment was rendered for the amount of plaintiff's claim, whilst as to the other the case is still pending; undecided judgment in the lower Court having been rendered against the one who plead, he has appealed. In this Court he urges that the judgment was erroneous, it being for the entire amount of plaintiff's demand, when in law, if liable at all, according to plaintiff's own averments, he is only liable on a joint debt for one-half of the judgment rendered herein.

Of this opinion is this Court ; but justice requires that this case be remanded, with leave to both parties to amend their pleadings, and for further proceedings according to law ; plaintiff and appellee paying costs of this appeal.

Howell, J., recused.